UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

MICHAEL J. YOUNG,

    Plaintiff,

v.

AMERICAN FIDELITY ASSURANCE COMPANY,

    Defendant.

2:11-CV-1687-LRH-GWF

ORDER

Before the court is plaintiff Michael J. Young's ("Young") motion for leave to file an amended complaint. Doc. #29.[1]

A party may amend its pleadings after a responsive pleading has been filed by leave of court. FED. R. CIV. P. 15(a)(2). Leave of court to amend should be freely given when justice so requires and when there is no undue delay, bad faith, or dilatory motive on the part of the moving party. *See Wright v. Incline Village General Imp. Dist.*, 597 F.Supp.2d 1191 (D. Nev. 2009); *DCD Programs, LTD v. Leighton*, 883 F.2d 183 (9th Cir. 1987).

Here, Young requests leave to amend his complaint to add two additional claims. *See* Doc. #29. A copy of the proposed amended complaint is attached to the motion in accordance with LR 15-1. Doc. #29.

---

[1] Refers to the court's docketing number.

The court finds that there is no undue delay, bad faith, or dilatory motive on behalf of Young in requesting leave to amend his complaint. Further, the court finds that the matter is early in litigation and that the defendant would not be prejudiced by allowing amendment. Accordingly, Young shall be granted leave to amend his complaint.

IT IS THEREFORE ORDERED that plaintiff's motion for leave to file an amended complaint (Doc. #29) is GRANTED. Plaintiff Michael J. Young shall have ten (10) days after entry of this order to filed the amended complaint attached to his motion (Doc. #29).

IT IS SO ORDERED.

DATED this 9th day of April, 2013.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE