Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL J. YOUNG,<br><br>            Plaintiff,<br><br>  v.<br><br>AMERICAN FIDELITY ASSURANCE COMPANY, a foreign corporation,<br><br>            Defendants. | CASE NO:   2:11-cv-01687-APG-GWF<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

Plaintiff MICHAEL J. YOUNG, by and through his counsel of record DANIEL MARKS, ESQ. of the LAW OFFICES OF DANIEL MARKS and Defendant, AMERICAN FIDELITY ASSURANCE COMPANY, by and through their counsel of record, SHERI M. THOME, ESQ. of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal, with prejudice, of the Complaint against AMERICAN FIDELITY

///
///
///
///
///
///
///
///
///

507193.1

Page 1 of 2

1 | ASSURANCE COMPANY, with each party to bear their own fees and costs incurred herein.

2 | DATED: 6-11-13                           DATED: 6/11/13

**WILSON, ELSER, MOSKOWITZ,**          **LAW OFFICES OF DANIEL MARKS**
**EDELMAN & DICKER LLP**

*[signature]*                               *[signature]*

Sheri M. Thome, Esq.                    Daniel Marks, Esq
Nevada Bar No. 008657                   Nevada Bar No. 002003
300 South Fourth Street, 11th Floor     Adam Levine, Esq.
Las Vegas, Nevada 89101                 Nevada Bar No. 004673
*Attorney for Defendant*                530 S. Las Vegas Boulevard, Suite 300
                                        Las Vegas, Nevada 89101
                                        *Attorney for Plaintiff*

IT IS SO ORDERED:

Dated this __12th__ day of June, 2013

*[signature]*

_____
UNITED STATES DISTRICT COURT JUDGE